1834.
RAYMOND
*v.*
REDFIELD.

---

RAYMOND and another *v.* REDFIELD.

---

A complainant filing a judgment-creditor's bill and failing to discover property, must pay costs on its dismissal.

---

April 14.
1834.

Practice.
Costs.

The complainant had filed a bill to discover property after the return of *nulla bona* to a writ of *fieri facias* issued upon a judgment at law; and the defendant had answered denying property. There was also no proof; and the matter was reduced to a question of costs. THE VICE-CHANCELLOR decided, that as the object of the bill had entirely failed, it must be dismissed with costs.

Mr. *O. Gridley* for the complainants. Mr. *A. Williams* for the defendant.